HILDA B. KOHLBERG, Appellant, v. JAMES BUTLER, INC., Defendant, Impleaded with JAMES BUTLER GROCERY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FRANK B. YORK, as Temporary Administrator and Executor, etc., of MARY S. MORRIS (Formerly MARY S. SHEPARD), Deceased.— Decree so far as appealed from and the order appealed from affirmed, with costs to the respondent Hazel S. Kelly. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HARLEM MORTGAGE CORPORATION, Appellant, v. EDMUND W. LASCELLES and Another, Respondents, Impleaded with Others.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLES WOLFF, Appellant, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, v. CHARLES WOLFF, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of Harrison Avenue, from West One Hundred and Seventy-sixth Street to West Tremont Avenue, in the Borough of The Bronx, City of New York.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant the motions.

BUILDING TRADES SERVICE BUREAU, INC., Respondent, v. S. W. STRAUS INVESTING CORPORATION, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion to vacate judgment and for leave to the defendant to answer granted, with ten dollars costs, upon the ground that the appointment in the State of Delaware of receivers of the corporation vested with title to the corporate assets, constituted an ouster of corporate management. Service of process on the secretary of the corporation after the appointment of the receivers was, therefore, not service upon the corporation. (Gaboury v. Central Vermont R. Co., 250 N. Y. 233.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.